GRANTED absent objection. The clerk of court is directed to file the third amended complaint attached to this motion. SO ORDERED.

Donna F. Martinez, U.S.M.J.
11/12/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIGUEL MACHUCA, DANIEL EVANS, LUIS MONTES URENA, STEVEN GARY   *Plaintiffs*, | : : : : : |
| VS. | : CV NO 3:00CV01722(DFM) : : |
| SGT. BRENDAN CANNING, CHIEF MELVIN WEARING and CITY OF NEW HAVEN   *Defendants*. | : : : : : OCTOBER 8, 2003 |

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the plaintiffs move for leave of the Court to file an amended complaint in the form attached hereto. The Amended complaint adds "Article First, Section 8 of the Connecticut Constitution" as an additional enumerated basis of relief. In all other respects, the complaint remains that same. Plaintiff's counsel has discussed this amendment with Attorney Jonathan