AO 458 (Rev.5/85) Appearance

# United States District Court

_____
**DISTRICT OF CONNECTICUT**

MIGUEL MACHUCA                                        **APPEARANCE**

V.                                                    CASE NUMBER:  3:00-cv-01722 (DFM)

BRENDAN CANNING, ET AL.                               JUNE 2, 2006

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for MELVIN WEARING.

JUNE 2, 2006
Date                                    Signature

 

_____
STEPHEN P. DEL SOLE, ESQ.
46 South Whittlesey Avenue
Wallingford, Connecticut          06492
Tel: 203-284-8000
Fax: 203-284-9800
Email:  stephen@delsoledelsole.com
Federal Bar:  ct04493

**CERTIFICATION**

      This is to certify that a copy of the above was mailed or electronically delivered on this 2nd day of June, 2006, to all counsel and pro se parties of record as follows:

Glenn Mead Conway, Esq.
Knight, Conway & Cerritelli
7 Elm Street, 2nd Floor, Left
New Haven, CT 06510

Jonathan H. Beamon, Esq.
Corporation Counsel's Office
165 Church Street
New Haven, CT  06510

Michael A. Wolak, III, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510

Raymond E. Epps, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

_____
STEPHEN P. DEL SOLE, ESQ.