AO 458 (Rev.5/85) Appearance

# United States District Court

_____
**DISTRICT OF
CONNECTICUT**

MIGUEL MACHUCA          **APPEARANCE**

V.              CASE NUMBER:  3:00-cv-01722 (DFM)

BRENDAN CANNING, ET AL.      JUNE5, 2006

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for MELVIN WEARING.

<u>JUNE 5, 2006       </u>
Date             Signature

            _____
            RENE GERARD MARTINEAU
            46 South Whittlesey Avenue
            Wallingford, Connecticut    06492
            Tel: 203-284-8000
            Fax: 203-284-9800
            Email:  rene@delsoledelsole.com
            Federal Bar:  ct07680

**CERTIFICATION**

      This is to certify that a copy of the above was mailed or electronically delivered on this 5th day of June, 2006, to all counsel and pro se parties of record as follows:

Glenn Mead Conway, Esq.
Knight, Conway & Cerritelli
7 Elm Street, 2nd Floor, Left
New Haven, CT 06510

Jonathan H. Beamon, Esq.
Corporation Counsel's Office
165 Church Street
New Haven, CT   06510

Michael A. Wolak, III, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510

Raymond E. Epps, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

                                                                                                                                              _____
                                                                                                                                               RENE GERARD MARTINEAU