UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL MACHUCA, <br> DANIEL EVANS, <br> LUIS MONTES URENA, <br> STEVEN GARY | : <br> <br> : <br> | <br> <br> CASE NO. 3:00CV1722 (DFM) |
| v. | : | |
| BRENDAN CANNING, SGT., <br> MELVIN WEARING, CHIEF, <br> CITY OF NEW HAVEN | <br> : <br> | |

## JUDGMENT

This action having come on for consideration of the Defendant's Motion for Summary Judgment (doc.#39) before the Honorable Donna F. Martinez, United States Magistrate Judge, and

The Honorable Donna F. Martinez having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants. The Court declines to exercise pendent jurisdiction over Plaintiffs' remaining state law claims, which are dismissed without prejudice.

Dated at Hartford, Connecticut, this 29th day of September, 2006.

KEVIN F. ROWE, CLERK

By:_____/s/_____
Robert K. Wood
Deputy Clerk

EOD_____